UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>David J Smat | ) | BK No.: 17-24063 |
| | ) | Chapter: 7 |
| | ) | Honorable Carol A. Doyle |
| GTT COMMUNICATIONS, INC.　　Debtor(s) | ) | Adv. No.: 17-00547 |
| David J Smat　　Plaintiff(s) | ) | |
| 　　Defendant(s) | ) | |

**Order Granting Motion to Dismiss Adversary Proceeding**

This matter coming to be heard on the Motion of Plaintiff GTT Communications, Inc. to Dismiss the above Adversary Proceeding without prejudice and subject to the terms of the Settlement Agreement of December 2, 2019,

IT IS ORDERED that the motion to dismiss adversary proceeding is GRANTED.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: January 08, 2020